IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES M. BROADHEAD, #224802, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:11-cv-489-MEF |
| | ) |
| BERTHA DOZIER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 18, 2012, the Magistrate Judge filed a Recommendation in this case dismissing this case under 28 U.S.C.§ 1915(e)(2)(B)(i) on the basis that the complaint in this action is the same as the complaint previously filed by Plaintiff in 2:11-CV-341-MEF-TFM.  (Doc. 4).  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be dismissed pursuant to 28 U.S.C.§ 1915 (e)(2)(B)(i).

DONE this the 24th day of August, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE